U.S. BANKRUPTCY COURT
Southern District of Texas
Houston Division

IN RE:
HIGHLAND SALON, LP, Debtor

CASE NO. 24-33557
(Chapter 11)

MOTION TO DISMISS CASE
VIOLATION OF BLR 1017-2(a)(2)

TO THE COURT:

1. RAUNA INMOBILIARE, LLC pursuant to 11 USC §1112 hereby moves the Court to dismiss the above referenced Bankruptcy Case as the filing of said Case violates BLR 1017-22(a)(2).

2. The said Case was initiated and filed PRO SE by Manuel Guevara on behalf of the Debtor. Manuel Guevara is not an attorney and is not admitted to practice law. The filing by Mr. Guevara is in violation of BLR 1017-2(a)(2) which provides as follows: "The failure of a non individual debtor to act through counsel in the filing of a bankruptcy petition or the prosecution of a case;"

3. The Case should be classified as a Single Asset Real Estate (SARE) case on the Court's Docket.

4. The Court should dismiss the above referenced Bankruptcy Case *sua sponte* without Hearing or on conclusion of Show Cause Hearing on September 4, 2024.

Dated: August 7th, 2024.

                                Respectfully submitted,

                                RACUSIN & WAGNER, L.L.P.

                                By: _____
                                BARRY L. RACUSIN, P.C.
                                State Bar No. 16451800
                                4900 Woodway Drive, Suite 510
                                Houston, Texas 77056
                                Telephone:(713) 626-1450
                                Facsimile: (713) 626-9313
                                Email; blr@racusinlaw.com

## CERTIFICATE OF SERVICE

A copy of this Motion was served on the persons shown on Exhibit "A" hereto at the addresses reflected on said Exhibit "A" on the 7th day of August 2024 by either certified mail, return request requested or by prepaid United States first class mail, as indicated. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

                                _____
                                Barry L. Racusin, P.C.
                                Movant's Counsel

EXHIBIT A TO MOTION

SERVICE LIST

1. <u>DEBTOR</u>

    Highland Salon, LP                  CM/RRR #7018 0680 0002 2824 2334
    Attn; Manuel Guevara             and
    21720 Highland Knolls Drive    FIRST CLASS MAIL
    Katy, Texas 77450-5441

2. U.S. Trustee                      CM/RRR #7018 0680 0002 2824 2341
    Hector Duran, Jr.               and
    U.S. Trustee                       VIA EMAIL: hectorduran.jr@usdoj.gov
    Office of the U.S. Trustee
    515 Rusk Avenue, Ste. 3516
    Houston, Texas 77002

3. <u>Unsecured Creditors</u>

    O'Connor & Associates            FIRST CLASS MAIL
    2200 N. Loop W.
    Unit 200
    Houston, Texas 77018.

    Erick DeLaRue, PLLC             FIRST CLASS MAIL
    2800 Post Oak Blvd.
    Suite 4100
    Houston, Texas 77056

    Bryant Harvey Wry PLLC        FIRST CLASS MAIL
    1500 CityWest Blvd.
    Suite 525
    Houston, Texas 77042

    Hunter Kelsey of Texas          FIRST CLASS MAIL
    7200 N. Mopac Expressway Service Road
    Suite 120
    Austin, Texas 78731