Fill in this information to identify the case:

Debtor name: Highland Salon, LP.

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): 24-33557

United States Courts
Southern District of Texas
FILED

AUG 13 2024

Nathan Ochsner, Clerk of Court

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B......................................................... $ 3,010,000.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B....................................................... $ 404,562.00

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B......................................................... $ 3,414,552.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............ $ 1,877,645.81

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................ $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ + $ 15,591.61

4. **Total liabilities**.................................................................................. $ 1,893,237.42
   Lines 2 + 3a + 3b

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals    page 1